No. 255, Misc. SULLIVAN *v.* DICKSON, WARDEN. Petition for writ of certiorari and for other relief to the United States Court of Appeals for the Ninth Circuit denied.

No. 481, Misc. GREEN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 76, October Term, 1960. BARGAINTOWN, U. S. A., INC., ET AL. *v.* WHITMAN, DISTRICT ATTORNEY OF LEBANON COUNTY, PA., ET AL., 367 U. S. 903; and

No. 955, October Term, 1960. THOMAS *v.* UNITED STATES, 366 U. S. 961. Petitions for rehearing denied.

OCTOBER 20, 1961.

No. 629, Misc. SCHUCK *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

OCTOBER 23, 1961.

No. 357, October Term, 1960. UNITED STATES *v.* CONSOLIDATED EDISON CO. OF NEW YORK, INC., 366 U. S. 380. Motion of *A. Chauncey Newlin* for leave to file petition for rehearing, as *amicus curiae,* denied. *James K. Polk, Richard Joyce Smith* and *Julius M. Jacobs,* for respondent, in opposition.